**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ALEXANDER NODARSE**                                          **PLAINTIFF**

**V.**                                                        **NO. 2:10CV00143-GHD-JMV**

**MS. ROSE, ET AL.**                                        **DEFENDANT**

## ORDER

Before the court is a motion filed by the *pro se* plaintiff on November 8, 2011. Essentially, the plaintiff seeks permission to "file first request of discovery and interrogatories." The plaintiff further states that it is important to his case and will help him prove "that the warden has [sic] knowledge of staff misconduct, and has coverde [sic] up such incidents." The court interprets the plaintiff's motion as a request to serve interrogatories on the defendants. Hearing no objection from the defendants, the court finds that the motion is well-taken and is hereby **GRANTED**. However, the plaintiff is limited to serving only eight (8) total interrogatories (meaning 8 succinct questions), and they must be served upon the defendants before January 6, 2012.

**SO ORDERED** this**,** the 16th day of December, 2011.

                                                                          **/s/ Jane M. Virden**
                                                                           **U. S. MAGISTRATE JUDGE**