### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**ALEXANDER NODARSE**                                                      **PLAINTIFF**

**V.**                                                      **NO. 2:10CV000143-GHD-JMV**

                                                                                            **DEFENDANT**

**MS. ROSE, ET AL.**

### ORDER

Before the court is the plaintiff's motion for a "judgment" on his October 2 Motion Requesting Permission to File Interrogatories and Discovery. The court interprets the instant motion as a request for a ruling on the October 2 motion. Because the court issued an Order (#34) granting that motion on December 16, the instant motion is hereby deemed MOOT.

**SO ORDERED** this**,** the 21st day December, 2011.

                                                                       **/s/ Jane M. Virden**
                                                                       **U. S. MAGISTRATE JUDGE**