**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ALEXANDER NODARSE**                                                              **PLAINTIFF**

**V.**                                      **NO: 2:10CV143-D-S**

**MS. ROSE, CORRECTIONAL COUNSELOR, ET AL.**            **DEFENDANTS**

## ORDER

Before the court are plaintiff's pro se motions for judgment on numerous motions, objections and appeals filed with this court (#'s 71, 72, 73, 74). In an order dated June 21, 2012, the court denied plaintiff's motions for reconsideration and for counsel, thereby making plaintiff's motions for judgment on those issues moot. They are therefore **DENIED**. Plaintiff's objection likewise has been addressed and is **DENIED** as a successive pleading. Finally, plaintiff requests a judgment on his appeal that is pending. His appeal is currently before the court of appeals and any motion for a judgment on his appeal is improperly before this court and, therefore, is hereby **DENIED**.

**SO ORDERED** this 26th day of June, 2012.

                                                                  /s/ Jane M. Virden
                                                               **U. S. MAGISTRATE JUDGE**